

FILED

2010 JUN 23 A 11:

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Matthew Allan Bromund - #220152

CV 10 80 148 MISC

VRW

### ORDER TO SHOW CAUSE

It appearing that Matthew Allan Bromund has been suspended for 90 days by the Supreme Court of California effective May 30, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Matthew Allan Bromund
Attorney At Law
5550 Telegraph Rd Ste B3
Ventura, CA 93003