**FILED**

AUG 3 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN THE MATTER OF:                          No CV 10 80148 MISC VRW

Matthew Allan Bromund,

    State Bar No 220152                          **ORDER**

                                    /

        On June 23, 2010, the court issued an order to show cause (OSC) why Matthew Allan Bromund should not be removed from the roll of attorneys authorized to practice law before this court, based upon his 90 day suspension by the Supreme Court of California, effective May 30, 2010.

        The OSC was mailed to Mr Bromund's address of record with the State Bar on June 24, 2010.  A written response was due on or before July 30, 2010.  No response to the OSC has been filed as of this date.

        The court now orders Matthew Allan Bromund removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Matthew Allan Bromund,

_____/

Case Number: CV10-80148 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Allan Bromund
5550 Telegraph Rd Ste B3
Ventura, CA 93003

Dated: August 31, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*